# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MEGAN COLLINS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-17-433-RAW-SPS |
| | ) |
| | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
|       Defendant. | ) |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 28, 2019, Magistrate Judge Shreder entered a Report and Recommendation in the above-referenced case, recommending that this court reverse the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff. Defendant has filed an objection, which has been considered.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal

authority. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Secretary is reversed and this case is remanded to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**ORDERED THIS 27th DAY OF MARCH, 2019.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma